B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

In re  Bradley E. Goheen and Terri D. Chan ,
Debtor

Case No. 2:19-BK-57717

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1.

**Name of creditor:** Atomic Credit Union, Inc.

**Court claim no**. (if known): 8

**Last four digits** of any number you use to identify the debtor's account: 2 4 0 1

**Date of payment change:** 01/01/2022
Must be at least 21 days after date of this notice
mm/dd/yyyy

**New total payment:** $ 527.45
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: Escrow Analysis Attached

Current escrow payment: $ 154.24    New escrow payment: $ 149.11

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %    New interest rate: _____ %

Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ 532.58    New mortgage payment: $ 527.45

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☒ I am the creditor.      ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Shannon S. Weber                                              Date  12/06/2021
Signature                                                                              mm/dd/yyyy

**Print:**   Shannon S. Weber                                       Title  Compliance Attorney
             First Name       Middle Name       Last Name

Company      Atomic Credit Union, Inc.

Address      711 Beaver Creek Road
             Number            Street

             Piketon, Ohio 45661
             City                             State        ZIP Code

Contact phone  (740) 289-5060                                       Email  sweber@atomiccu.com