Bradley E Goheen
887 Hardscrapple Rd.
Wellston, OH 45692

**Escrow Account Short Year Statement for Account 000( —    ( Loan 3000 Mortgage - 20 Year FIXED**

Account 000           ⋅ Loan 3000 Mortgage - 20 Year FIXED

Analysis performed on 11/16/2021 for the period of 01/01/2022 through 12/31/2022

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS FOR COMING YEAR

THIS IS AN ESTIMATE OF ACTIVITY IN YOUR ESCROW ACCOUNT DURING THE COMING YEAR BASED ON PAYMENTS ANTICIPATED TO BE MADE FROM YOUR ACCOUNT.

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| Starting balance: | | | | $531.17 |
| January | 139.81 | 391.36 | Real Estate Taxes | 279.62 |
| February | 139.81 | 0.00 | | 419.43 |
| March | 139.81 | 0.00 | | 559.24 |
| April | 139.81 | 0.00 | | 699.05 |
| May | 139.81 | 0.00 | | 838.86 |
| June | 139.81 | 391.36 | Real Estate Taxes | 587.31 |
| July | 139.81 | 0.00 | | 727.12 |
| August | 139.81 | 0.00 | | 866.93 |
| September | 139.81 | 0.00 | | 1,006.74 |
| October | 139.81 | 0.00 | | 1,146.55 |
| November | 139.81 | 0.00 | | 1,286.36 |
| December | 139.81 | 895.00 | Home Owner's Insurance | 531.17 |

Your ending balance from the last month of the account history is $419.61. Your starting balance according to this analysis should be $531.17.

This means you have a shortage of $111.56. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

(PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE ESCROW ACCOUNTING COMPUTATION YEAR.)

YOUR MONTHLY MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE $527.45, OF WHICH $378.34 WILL BE FOR PRINCIPAL AND INTEREST, AND $149.11 WILL GO INTO YOUR ESCROW ACCOUNT.

Account 000.　　Loan 3000 Mortgage - 20 Year FIXED

Analysis performed on 11/16/2021 for the period of 02/01/2021 through 12/31/2021

### ESCROW ACCOUNT SHORT YEAR STATEMENT

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM 02/01/2021 THROUGH 12/31/2021. (COMPARE IT TO THE ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - *PROJECTIONS FOR COMING YEAR* - WHICH WAS SENT TO YOU ON 11/25/2020 (ANOTHER COPY IS ENCLOSED).)

Your monthly mortgage payment was $532.58, of which $378.34 was for principal and interest, and $154.24 went into your escrow account.

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| Starting balance: | | | | $378.17 |
| February | 308.48 * | 391.36 * | 305 | |
| | | 131.72 * | Journal voucher | 163.57 |
| March | 154.24 * | 0.00 | | 317.81 |
| April | 154.24 * | 0.00 | | 472.05 |
| May | 154.24 * | 0.00 | | 626.29 |
| June | 154.24 * | 391.36 * | Real Estate Taxes | 389.17 |
| July | 154.24 * | 0.00 | | 543.41 |
| August | 154.24 * | 0.00 | | 697.65 |
| September | 154.24 * | 0.00 | | 851.89 |
| October | 154.24 * | 0.00 | | 1,006.13 |
| November | 154.24 *(e) | 0.00 | | 1,160.37 |
| December | 154.24 *(e) | 895.00 *(e) | Home Owner's Insurance | 419.61 |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. An (e) indicates an estimate for an anticipated transaction.

If you want a further explanation, please call our toll-free number.